OPINION — AG — ** MUNICIPALITY — QUALIFICATION — POLICE OFFICERS ** A NON CHARTERED MUNICIPALITY MAY 'NOT' HIRE A POLICE OFFICER WHO DOES NOT MEET THE MINIMUM REQUIREMENTS FOR A LAW ENFORCEMENT OFFICER AS SET FORTH IN 70 O.S. 3311 [70-3311] (CITIES AND TOWNS, SCHOOLS, POLICE OFFICER, EDUCATIONAL REQUIREMENTS) CITE: 11 O.S. 11-117 [11-11-117], 11 O.S. 11-118 [11-11-118], 70 O.S. 3311 [70-3311] (ROBERT C. SMITH JR)